UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No:  2:13-cv-435-FtM-38DNF

JAY PUCCI,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Plaintiff, the United States of America's Notice of Voluntary Dismissal (Doc. #6) filed on July 17, 2013. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Plaintiff informs the Court that the Defendant cannot be located for service of process and therefore, the Plaintiff voluntarily dismisses without prejudice. No service or answer or summary judgment has been file, therefore; the case is due to be dismissed without prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, the United States of America's Complaint (Doc. # 1) is hereby **DISMISSED** without prejudice.  The Clerk is directed to enter judgment accordingly, terminate any previously scheduled deadlines and pending motions, and **CLOSE** the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of July, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record